

SCANNED

RECEIVED
IN CLERK'S OFFICE

DEC 2 0 2013

U.S. DISTRICT COURT
MID. DIST. TENN.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE __MIDDLE__ DISTRICT OF TENNESSEE
### _____ DIVISION

Erick D. White_____ Name )
)
Prison Id. No. 179580___ )
)
_____ Name )
)
Prison Id. No. _____ )
Plaintiff(s) )
)
)
)
v. )
)
Metro Davidson County Detention )
Facility Corrections Corporation of America )
                              Nash.Tenn )
                    Depts )
Mental Health Dept, medical, commissary Depts. Name )
Defendant(s) )

**(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.**

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

**Jury Trial** ☒ **Yes** ☐ **No**

**(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS **(The following information must be provided by each plaintiff.)**

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☒ Yes ☐ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs  Erick D. White / Lovell Glanton_____

Defendants  _____



2. In what court did you file the previous lawsuit?  _N/A_

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? _N/A_

4. What was the Judge's name to whom the case was assigned? _N/A_

5. When did you file the previous lawsuit? _appox. 2007 or 2008_ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _settled out_

7. When was the previous lawsuit decided by the court? _appox 2007 or 2008_ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

☐ Yes          ☒ No

**(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)**

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT **(The following information must be provided by each plaintiff.)**

A. What is the name and address of the prison or jail in which you are currently incarcerated? _448 2nd Ave North - Davidson County Sherriffs office, Nash, Tenn 37201_

B. Are the facts of your lawsuit related to your present confinement?

☒ Yes          ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

_N/A_

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

☐ Yes          ☒ No

If you checked the box marked "No," proceed to question II.H.

E.   If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

    ☐ Yes        ☐ No

F.   If you checked the box marked "Yes" in question II.E above:

    1.   What steps did you take? ___N/A___

    2.   What was the response of prison authorities? ___N/A___

G.   If you checked the box marked "No" in question II.E above, explain why not. ___N/A___

H.   Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

    ☒ Yes        ☐ No

I.   If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

    ☒ Yes        ☐ No

J.   If you checked the box marked "Yes" in question II.I above:

    1.   What steps did you take? Filed informals and then filed an formal Grievance, Appeal grievances and did Not get an Response on several grievance filings that went to the Warden

    2.   What was the response of the authorities who run the detention facility? The Warden had Never Responded to any of my grievance Appeals if He did I Never Recieved the Response.

L.   If you checked the box marked "No" in question II.I above, explain why not. _____

**Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.**

III.   PARTIES TO THIS LAWSUIT

A.   Plaintiff(s) bringing this lawsuit:

    1.   Name of the first plaintiff: Erick D. White

    Prison Id. No. of the first plaintiff: # 179580

Address of the first plaintiff: 448 2nd Ave North - Davidson County Sheeriffs Office, NASh, Tenn 37201

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: N/A

Prison Id. No. of the second plaintiff: N/A

Address of the second plaintiff: N/A

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

(Warden)  (Administration)  (Dept. Heads)

1. Name of the first defendant: Metro Davidson County Detention Facility corrections Corporation of America, NAshville, Tennessee (ENTIRETY) metropolitan Government

Place of employment of the first defendant: Metro Davidson County Detention Facility corrections corporation of America, Nash, Tenn

The first defendant's address: 5115 HARDing Place, Nashville, Tennessee 37211

Named in official capacity?  ☒ Yes  ☐ No
Named in individual capacity"  ☐ Yes  ☐ No

(mental Health Dept.)  (medical Dept)

2. Name of the second defendant: LP, Stacy Turner; 4/o Sweedstq t C/o Beayloo; eye glass c/p. Woods. (Consensary Dept)
Warden Yeibach/Administration/Grievance cwidinations/CCA

Place of employment of the second defendant: Metro Davidson County Detention Facility corrections Corporation of America, NAshville, Tennessee; metropolitan Government

The second defendant's address: 5115 HARDing Place NAshville, Tennessee 37211

Named in official capacity?  ☒ Yes  ☐ No
Named in individual capacity"  ☐ Yes  ☐ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

## IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.



Claim # 1

## V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A.

B.

C.

D.

E.

F.  I request a jury trial.  ☒ Yes  ☐ No

## VI.  CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _S___ whit___    Date: _12-16 2013_

Prison Id. No. _179580_

Address: _448 2nd Ave North  DCSO  Nash, Tenn 37201  OR_
_P.O. Box 196383  Nash, Tenn  37219 - 6383_
(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT,** and provide the information listed above.  If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*,** if not paying the civil filing fee.

**SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER.** Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned.  Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

On June 19, 2013, upon arrival at CCA/DCDF I was given an intake screening. I had let no Turner (?) about my mental Health situation. I informed her that I was suppose to be on Respidol medication prescribed by psychiatrist DR. Hilery Aktudo who practices at Elam Lloyd C.M.D. 1005 D.B TODD JR BLVD. I informed her that if I needed my medication cause I black out at times and has tried to commit suicide several times. after informing her of this she still took upon her self to say that she is NOT going to contact Mr. Aktudo cause CCM Does not do that. so after that she states that if I need to see the psychiatrist later to fillout an inmate request form on a sick call. After being at CCA/MDCDF and experienceing deep depression stages I filled out request formes to speak with mental Health to see can that get me my medication. After putting in request after request and not recieving an response I put in an Informal Resolution that is required before an Inmate can go to the grievance process. Finally after going to the Library and researching the policy and reading the prisoners and constitutional (rights) abodict medical and mental Health treatment that is due to an inmate. I found out that my medical and mental Health treatment is being denied deliberately, (I was not getting adequate) on 10-7-2013 While going to school I saw Mr. Blansford and spoke to him about why mental Health is Not responding to my Inmate request formes. on 10-9-13 I filed an Informal Resolution on mental Health dept. on 10-15-13 I filed an formal Grievance about the response I recieved from the Informal about being neglected proper mental Health treatment: Rights of Prisoner 4th Edition by Michael Mushlin. Delays in providing needed psychiatrist care violate the constitution(al). Failure to follow through on needed treatment ordered by a Doctor violate the eighth admendment. Due to the fact that this is Not the first time that this has happened since I arrived at CCA/MDCDF. I am showing the court that this is a deliberate indifference by this correction Corporation of America. After filing the formal Grievance I was giving misleading Information by Mrs. INMAN. After trying to get this problem resolved

E—— inmate (mental Heal)

Without having to file a 1983 I was still being Denied my
right to a prescribed prescription by a Doctor. On 10-20-2013
C.O. Taylor called Lt Holocaust about an outbreak I had. Lt Holocaust
emailed Mental Health Kimmerman. On 10-21-2013 Kimmerman came to speak
with me Shortly and said that he would talk to Ms. Turner. Had copies of
The Informal and grievance but had to send it to the warden when I
Appealed the response. Never recieved the Response from warden

E White

CLAIM #1 Mental Health

1) Warden Leibach - MDCDF - 5115 HARDING PLACE, Nash, Tenn 37211

2) ADministration/Personnel - in its entirety - 5115 HARDING Place Nash, Tenn 37211

3) Corrections Corporation of America/Administration/Personnel - in its entirety.

4) metro Politan Government of NASHVILLE and Davidson County

5) LIP Stacy Turner - MDCDF - 5115 HARDING Place, Nash, Tenn 37211.

       Defendants also

## Requested Relief     in its entirety

1) Asking for One hundred million Dollars and zero cents for pain and suffering ~~its entirety~~ psychological and physcial pain. Violation of my constitutional rights to proper Treatment

2) requesting that when an employee is hires that, that are properly train and that, that are familiar with the Rights of Inmates and that, that they are aware of the constitutional Rights of Inmates. ~~That the employee is fully~~

3) That the employee is fully familiar with the Dept that they are working.

      I Request a Jury trial. (YES) NO

                                   Em white

Claim #1

defendant Name at the bottom

Claim #1

#6, defendant

## CCA/METRO-DAVIDSON DETENTION FACILITY

## INMATE REQUEST FORM

(Check only one)

☐ Warden  ☐ Chief of Unit Mgmt  ☐ Education Director
☐ Assistant Warden  ☐ Unit Manager  ☒ Health Services Supervisor
☐ Chief of Security  ☐ Case Manager  ☐ Other _____ (Specify)

Request: I would Like a copy of my Mental Health client plan DcSosAco
Meds I was the Doctes these in 2011 Mental Health

Email Vileck  TN590

_____
Inmate's Signature and Number                    10-28-2013
                                                      Date

Response: You will need to request those records from
Dr so Specause we do not have access to those. Thanks!

_____
Staff's Signature and Title

Donie Armak, #87 Defendant          NADCF-5115 Haeding Pl
                                     Nashtena 37211
                                                      Date

TN-0002          WHITE - Inmate File          YELLOW - Inmate          PINK - Staff          800107-3054

On June 22, 2013 I Inmate Erick D. White #179580 filled out an sickcall at CCA/NDCSF. After seen by Nurse about eyes I was scheduled for the eye Doctor. on 6-25-2013. After a couple of months I ask Medical staff about when the eye Doctor will show up. on 9-16-2013 % Swerdsky infermes me at 5:55pm that I was scheduled for an eye appointment earlier that morning. I ask him why wasn't I called and % Swerdsky states Medical didn't call for you. So I filled an informal resolution about the situation. After the Informal was heard I appealed it and filled out an grievance. After a while of complaining about my glasses I was experiencing Migraine Headaches due to the fact that I was without my glasses for so long. After I filled out the grievance it was heard and I appealed the decision. After I appealed it to the Warden it was Never returned or I Never heard anything about that grievance. Prisoner rights book TITLE 4.15 eye care by Michael Mushlin states; The same general principles apply to eye care that apply to any other form of Medical care. Thus, delay or denial of care of sufficiently serious, is a violation of the Constitution. Inmates are entitled to corrective glasses and a failure to provide them, unless only for a short time, will result in liability. After my grievances kept going Unanswered I sent Warden Leibach an Inmate request form to schedule a meeting about why my grievances aren't being heard when I was appealing them. The Warden Secretary C. McCurry sent a response saying a meeting was scheduled for Next week to discuss my concerns sent the copy of Informal and grievance to warden and Never recieved the response or the copies back

---

### Requested relief

1). I would like to be compensated ten million Dollars and zero due to that this a serious medical Need. I suffered from Migraine Headaches, Psychological stress and physical pain.

2). That adequate medical treatment is a priority. That the Medical staff take inmates Health serious and that they are fully aware of the rights of Inmates and the proper guidelines that is suppose to be given due to the fact that its our Constitutional right to recieve adequate medical treat.

I request a Jury trial (yes) NO

Erick white

claim #3

## Commissary Dept

On 10-11-13 I filed an Informal for Not Recieving my Indigent Package. On 10-17-2013 vendor Smith respondes to the Informal and stated that they only being Indigent once a month. I told him that that would violate the policy and procedure of Metro Davidson County Detention Facility. Vendor Smith states that I wouldn't recieve it Regardless. I wrote an formal grievance on 10-24-13. On 11-16-2013 Vendor Zakhnini heard the grievance and stated the same thing as vendor Smith. I tried to appeal the grievance but as you can see someone wrote on the grievance to treat at as an Informal when an Informal was already filed and heard. My forms were filed late at times cause I couldn't get the forms I needed to file by the time limit. Attached to the claim I have an account balance to show that I went from 8-31-2013 to 10-30-13 without any money my books and Never Recieved an indigent package at all.

### requested relief

1). That I be compensated One million Dollars and Zero cents for psychological stress, Pain and suffering due to the fact that I already suffer from a mental condition and that my ~~civil~~ rights have been violated deliberately.

2). That The ~~███~~ Department Heads and CCA Corporation follow the policy and procedure that legislation has hand down and that which has been mandated.

I request a Jury Trial (YES) NO

E— white

Grievance No.:_____

*buns be treated as a formal ~~resolution~~ Grievance must treat as an inform resolution.*

*Claim #3*

OCT 28 2013

| FULL NAME: | Erick Dewon White | |
|---|---|---|
| NUMBER: | 1-79580 | HOUSING ASSIGNMENT: H-Unit 207 |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☐ YES  ☒ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | (11. Commissary) | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** Include documentation, witnesses, etc. of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary.

On 10-17-2013 an Informal I filed about Not recieving my indigent was heard by Vendor Mr. Smith, Mr. Smith stated that they only going to being indigent once a month and that they had already ~~brought~~ it the week before I told him that that would violate i.e. Constitutional right and would violate (CCA) Corrections Corporation of America Polices and hardware. I haven't had any money on my account since 8-31-2013. Today is 10-24-13 and my indigent package still hasn't been brought. On page 57 of the 2012-2014 CCA Inmate Handbook it "states that If you don't have money on your account you may be eligible for indigent services, indigent inmates. "those who have Van account balance of $5.00 or less for 30 days preceding their request, per your request all indigent inmate will recieve eight stamped envelops, twelve sheets of paper, 2 razors, one pen, two shorts, one deodorant, one tube of toothpaste, and three bars of soap monthly. Now it has been almost 60 days for me and I haven't recieved anything, This is real BAD and unprofessional and a violation of my Human rights also. Being Deprived of my necessities — true

**Requested Action:** Attach additional pages if necessary.

This type of problem could cause psychological problems, stress problems, emotional problems and so on. I would like for Inmates/Residents to be treated fairly as respectable human beings No matter the circumstance, as employees of Corrections Corporation of America Professionalism is required and expected at all times, ones personal problem has to be set aside due to the fact that an agreement was made once an employee or contractor employee signed on with the Corporation. If an Inmates/Residents rights aren't being respected Corrections Corporation of America has to be held accountable. pain and suffering in the amount of Two hundred and fifty Dollars and zero cents, and that proper training is done when an employee is Hired to the Corrections Corporation of America. Thanks very much and have a Blessed Day.

Inmate/Resident's Signature: E—d White          Date Submitted: 10-24-2013

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Erick Dewon White | |
|---|---|---|
| NUMBER: | 179580 | HOUSING ASSIGNMENT: | H-Unit-007 |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☐ YES  ☐ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | (11. Commissary) | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary)

from Page 1
nt →

Mrs Smith never brought me a copy of my Informal that I intially filed about the problem. I asked Mrs Smith was there a memo posted in the daily port stating that an agreement has been made with the vendors and Mr. Leibach the Warden about this only bringing the indigent once a month for the entire Unit. That would be a lot of Inmates/residents rights being violated. A copy of my balance History is Attached with this grievance also

**Requested Action:** (Attach additional pages if necessary)

s Signature: E—k D. White     Date Submitted: 10-24-2014

03/07

Mr. White's balance went below $5 on 8/31/13 ○○○○ per
P. 57 of the inmate handbook, inmates may ○○○○ ○○○ indigent
request after 30 days of having less than $5 on his/her ○○○○
Mr. White's indigent request was received in late September, with sheets
being collected on Sept 28. ○○○○ ○○○○○ Though indigents were delivered
Oct 1, 2 & 3, the request was put in and the report run before Mr. wh, by
was eligible to receive an indigent. This was the only indigent request
received by Mr. White.

We understand that indigent supplies are important. In an effort to alleviate
this problem, we will ~~name~~ begin providing indigent supplies twice per month
instead of once. ○○○○ indigent supplies ○○○○ delivered the
first week of the month & the week of the 15th. We believe that this
~~this~~ ○○○ is an adequate solution to this problem. Thank you for expressing
your concerns & bringing our attention to this matter.

Responding Staff Member's Printed Name: Karen Takhmini    Title: Shaw Vending

Responding Staff Member's Signature: _____    Date: 11-16-13

Inmate/Resident's Signature (upon receipt): _____    Date: 11-16-2013

Treat As An Informal
Resolution

Treat As An Informal
Resolution

Warden/Administrator's Signature: _____    Date: _____

Inmate/Resident's Signature (upon receipt) _____    Date: _____

# Individual Inmate Balance History Report - Detailed

## CCA TN MD CDF

| | |
|---|---|
| Name | WHITE, ERICK DEWON |
| Number | 179580 |
| DOB | 2/9/1979 |
| FACILITY | MDF |
| UNIT | |
| CELL | |

| | |
|---|---|
| Available Balance | $0.47 |
| Pending | $0.00 |
| Frozen | $0.00 |
| | $0.47 |
| Owed | $0.00 |

## TRANSACTIONS

| Date | Transaction (Available Date) | Amount | Pending | Money Added | Money Removed | Balance | Money Owed | Owed Credit | Owes | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2005 | IMPORT CREDIT | $0.95 | $0.00 | $0.95 | $0.00 | $0.95 | $0.00 | $0.00 | $0.00 | |
| 3/7/2007 | ESCHEATMENT | $0.95 | $0.00 | $0.00 | $0.95 | $0.00 | $0.00 | $0.00 | $0.00 | ESCHEATMENT |
| 5/11/2012 | MEDICAL | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.00 | $0.00 | $9.00 | |
| 5/15/2012 | MAIL CREDIT | $24.00 | $0.00 | $15.00 | $0.00 | $15.00 | $0.00 | $9.00 | $0.00 | |
| 5/20/2012 | ORDER DEBIT | $13.33 | $0.00 | $0.00 | $13.33 | $1.67 | $0.00 | $0.00 | $0.00 | |
| 5/30/2012 | MEDICAL | $3.00 | $0.00 | $0.00 | $1.67 | $0.00 | $1.33 | $0.00 | $1.33 | |
| 7/16/2012 | MEDICAL | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.00 | $0.00 | $4.33 | |
| 9/14/2012 | MAIL CREDIT | $25.00 | $0.00 | $20.67 | $0.00 | $20.67 | $0.00 | $4.33 | $0.00 | |
| 9/15/2012 | ORDER DEBIT | $20.33 | $0.00 | $0.00 | $20.33 | $0.34 | $0.00 | $0.00 | $0.00 | |
| 6/20/2013 | INTAKE CREDIT | $0.31 | $0.00 | $0.31 | $0.00 | $0.65 | $0.00 | $0.00 | $0.00 | |
| 6/27/2013 | MEDICAL glasses | $3.00 | $0.00 | $0.00 | $0.65 | $0.00 | $2.35 | $0.00 | $2.35 | |
| 7/29/2013 | MAIL CREDIT | $30.00 | $0.00 | $27.65 | $0.00 | $27.65 | $0.00 | $2.35 | $0.00 | |
| 8/5/2013 | ORDER DEBIT | $25.42 | $0.00 | $0.00 | $25.42 | $2.23 | $0.00 | $0.00 | $0.00 | |
| 8/11/2013 | ORDER DEBIT | $2.18 | $0.00 | $0.00 | $2.18 | $0.05 | $0.00 | $0.00 | $0.00 | |
| 8/22/2013 | MAIL CREDIT | $30.00 | $0.00 | $30.00 | $0.00 | $30.05 | $0.00 | $0.00 | $0.00 | |
| 8/24/2013 | ORDER DEBIT | $13.01 | $0.00 | $0.00 | $13.01 | $17.04 | $0.00 | $0.00 | $0.00 | |
| 8/31/2013 | ORDER DEBIT | $17.03 | $0.00 | $0.00 | $17.03 | $0.01 | $0.00 | $0.00 | $0.00 | |
| 10/30/2013 | MEDICAL | $3.00 | $0.00 | $0.00 | $0.01 | $0.00 | $2.99 | $0.00 | $2.99 | |
| 10/31/2013 | MAIL CREDIT | $20.00 | $0.00 | $17.01 | $0.00 | $17.01 | $0.00 | $2.99 | $0.00 | |
| 11/3/2013 | ORDER DEBIT | $16.54 | $0.00 | $0.00 | $16.54 | $0.47 | $0.00 | $0.00 | $0.00 | |

1

Claim #3

# Individual Inmate Balance History Report - Detailed

## CCA TN MD CDF

| Totals | | | | |
|---|---|---|---|---|
| | $111.59 | $111.12 | $18.67 | $18.67 |

2

Emergency !    Emergency !    Emergency !    Note: To show that my rights have been getting violated and that the reason why I don't have the other grievance copies.

CCA/METRO-DAVIDSON DETENTION FACILITY
Emergency !
## INMATE REQUEST FORM

(Check only one)

☒ Warden Leibach
☐ Assistant Warden
☐ Chief of Security

☐ Chief of Unit Mgmt
☐ Unit Manager
☐ Case Manager

☐ Education Director
☐ Health Services Supervisor
☐ Other _____
(Specify)

Request: I am having difficulties with the grievance and Informal practices I filed a grievance about my medical treatment on 10-3-13 that I want heard at all. There are issues about the way my rights are being violated by your envelopes. I would appreciate it if I could speak with you about this problem face to face and see can we rectify this problem.

Inmate's Signature and Number  Errick Dishela #174686    Date 175-3013

Response: Meeting will be scheduled with appropriate staff next week to discuss your concerns.

_____
Staff's Signature and Title   Dr. Guinn Williams Secretary    Date 11/6/13

TN-0002    WHITE - Inmate File    YELLOW - Inmate    PINK - Staff    800107-3054



*Progress Note*

# Metro Davidson Detention Facility
### 5115 Harding Place
### Nashville, TN 37211
### (615) 831-7088

Inmate:        ERICK D. WHITE
Inmate ID:     1488969
Age/DOB:       34/Feb 09, 1979
Agency No:     0179580 - MET

**Allergies**
Codeine Derivatives.
**Subjective**
Pt to sick call for eye exam requesting glasses wears them on the outside
VA UNAIDED OU 20/200 OS 20/200, OD 20/200 will refer to optometry.
**Signature**
Electronically signed by: James Henrich L.P.N.; 05/25/2012 0920 hours CST.

# Initial Intake Screening

Facility Name: **METRO CCA**  Today's Date: **06/20/2013**  Time: **3:35:17 AM**

Last Name, First Name: **WHITE, ERICK D**  #: **0179580 - MET**  DOB: **02/09/1979**

Primary Language: **english**  Communication Barrier: ◉ No ○ Yes  If Yes how resolved?

Next of Kin: **Adrian White**  Relationship: **brother**  Phone #: **6159536684**

Arrived with: Transfer Form ○ No ◉ Yes  Medical Record ◉ No ○ Yes  Adv Directives/Living Will: ◉ No ○ Yes

VITALS: B/P: **108/74**  Ht **5'8**  Wt: **180**  T: **97**  P: **69**  R **16**  Diabetic? ◉ No ○ Yes  If yes, BS reading

NURSING OBSERVATION/INMATE REPORTS OF: (CHECK ALL THAT

☐ Slurred Speech ☐ Tremors ☐ Aggressive ☐ Disheveled ☐ Not Oriented to Time/Place/Person ☐ Nausea/Vomiting

☐ Sick Now ☐ Agitated ☐ Anxious ☐ Dilated or Pinpoint Pupils ☐ Movement Limitations ☐ Sweating Profusely

☐ Reports Recent Injury ☐ Difficulty Breathing - O2 Sat

**If any symptoms above checked, refer to RN or LIP immediately**

## INMATE INQUIRY:

1. Do you have any allergies or medication sensitivites?  If Yes, list: _____  ○ Yes ◉ No

2. Do you have any physical deformities?  If Yes, describe: _____  ○ Yes ◉ No

3. Do you have any prosthetic devices?  ◉ Yes ○ N  *If YES - check all that apply

☑ Glasses ☐ Hearing Aids ☐ Wheelchair ☐ Walker ☐ Orthopedic Brace ☐ Other: _____

4. Do you have a history of alcohol/tobacco/drug use?  ◉ Yes ○ N  *If YES - check all that apply

☑ Cigarettes ☐ Chewing Tobacco ☑ Marijuana ☐ Heroin ☐ Methamphetamine ☑ Cocaine ☐ IV Drugs ☐ Cigars ☐ Alcohol

☐ Other: _____

List amount, mode, frequency, and most recent use: **last use Jun 5 2013 / used 2-3 times weekly**

Problems when ceasing use? ○ Yes ◉ No  *If YES list: _____

5. Do you have any special health care needs or current medical complaints? ○ Yes ◉ N  *If YES - check all that apply

☐ Diabetes ☐ Seizures ☐ Hepatitis ☐ A ☐ B ☐ C ☐ Heart Condition ☐ Asthma ☐ STD ☐ HIV ☐ High Blood Pressure

☐ Stomach Problems ☐ Gunshot Wound ☐ Active TB (You or a Family Member) ☐ Accident/Head Injury w/ LOC

☐ Alcohol/Drug Withdrawal Symptoms ☐ Liver Disease ☐ Other: _____

Are you currently receiving physician care or are enrolled in a chronic care clinic for items checked above? ○ Yes ◉ No

6. Have you ever been hospitalized or had an operation/surgery within the last 6 months? If Yes, describe type/date: ○ Yes ◉ No

_____

7. Have you been seen or were you scheduled to be seen by a specialist/physician?  If Yes, please describe: ○ Yes ◉ No

_____

8. Are you having any pain?  ○ Yes ◉ N  *If YES, rate intensity (1-10, 10=max): _____

*If YES describe location: _____

9. Are you currently taking any medications? ○ Yes ◉ No  *If YES - list below - if more than 8, list in Comment Section

| Name | Dose | Frequency | Time/Date of Last Dose |
|------|------|-----------|------------------------|
|      |      |           |                        |
|      |      |           |                        |
|      |      |           |                        |
|      |      |           |                        |
|      |      |           |                        |
|      |      |           |                        |
|      |      |           |                        |

10. Do you have any medications that you keep on your person?  ○ Yes ◉ N  *If YES - list below

☐ Inhaler ☐ Nitroglycerin ☐ Other: _____

11. Do you have any skin problems or concerns, such as a recent rash, bruising easily, odd/changing color or needle marks? ○ Yes ◉ N

*If YES , describe: _____

12. Have you been prescribed a special diet(s)? ○ Yes ◉ No  *If YES - list below

*If YES , describe: _____

**Refer to LIP if weight and chronic illness/disease places inmate at nutritional risk**

13. Do you have any dental issues? ◉ Yes ○ N  *If YES - list below

☑ Cavities ☐ Toothache ☐ Missing/Broken Teeth ☐ Swelling ☐ Gum Disease ☐ Braces

☐ Full Dentures ☐ Partial Dentures ☐ Other: _____  **Refer dental problems to dental staff**

  Proprietary Information - Not For Distribution - Copyrighted - Property of CCA  10/10/12

# Initial Health Screening Form

| Inmate Name | WHITE, ERICK D | | Number | 0179080 - MET | DOB | 02/09/1979 |

| Facility Name | metro |

**INMATE INQUIRY CONTINUED:**

**14.**

****inis question applies to female inmates only**

Are you pregnant?  ○ Yes  ○ N   Date of Last Period: _____   UA RESULTS:  ○ Positive  ○ Negative

Currently on birth control?  ○ Yes  ○ No   If YES, list type: _____

Total Number of Pregnancies: _____   Number of Live Births: _____   *Describe pregnancy complications in comment section

## MENTAL HEALTH

If the inmate is disoriented or YES is marked on ANY of the questions below the inmate MUST be referred to Mental Health.

**AT ANY TIME, YOU MAY UPGRADE URGENT AND ROUTINE REFERRALS LISTED BELOW BASED ON INMATE RESPONSES AND/OR PRESENTATION**

**EMERGENT -**
Ensure patient safety needs are met and consult immediately with mental health staff.

**URGENT -**
Ensure patient safetly needs are met. Phone consulation with mental health staff must occur within 24 hours. Face-to-face assessment by mental health staff must be completed by end of next business day.

**ROUTINE -**
Refer to assessment of intervention. Face-to-face assessment by mental health staff must occur within 7 to 14 days.

15. Are you currently thinking/planning about harming or killing yourself or someone else?  ○ Yes  ● No   EMERGENT

16. Are you currently having hallucinations (i.e. hearing or seeing things other people don't)?  ○ Yes  ● N   EMERGENT

What? _____

**17  OBSERVATION:**

Does the inmate appear to have difficulty understanding the questions or in making appropriate responses to them?  ○ Yes  ● No   URGENT

18. Have you ever had thoughts, made plans, or attempted to harm or kill yourself?  ● Yes  ○ No   If YES - list below   URGENT

When? |yrs ago.|   Type attempt(s)? |thoughts only|

**IF THE INMATE HAS CONSIDERED, BUT NOT TRIED SUICIDE, NOTE THIS IN THE COMMENT SECTION**

19. Are you currently experiencing any serious problems (i.e. bad news, significant loss, close friend/family committing suicide) that you would like to discuss with mental health staff?  ○ Yes  ● N   URGENT

20. Do you have a mental health problem or have you ever been treated for mental illness?  ● Yes  ○ No   ROUTINE

When? |couple mo ago.|   Where? |meharry|   For? |depression|

21. Have you ever been placed in a special education class?  ○ Yes  ● N   ROUTINE

22. Have you ever been the   perpetrator   of a sex offense?  ○ Yes  ● N   ROUTINE

23. Have you ever been the   victim   of a sex offense?  ● Yes  ○ N   ROUTINE

24. Have you ever had hallucinations (i.e. heard or seen things other people didn't)?  ○ Yes  ● N   ROUTINE

When? _____   What? _____

25. Have ever been admitted to a state or private mental hospital by a psychiatrist or other mental health professional for emotional problems, nerves or substance abuse treatments?  ○ Yes  ● N   ROUTINE

When? _____   Where? _____

**ADDITIONAL COMMENTS:**

|states what prescribed risperal but could not afford to get filled.|

**REFERRALS: (CHECK ALL THAT APPLY) E= Emergent / U= Urgent / R= Routine**

Excluding Mental Health, referrals are as follows (MH referrals are described in the Mental Health section):

**EMERGENT -**
Immediate consultation with or referral to an LIP

**URGENT -**
Referral to an LIP within 24 hours

**ROUTINE -**
Referral to an LIP within 2 - 14 days

☐ RN   ☐ E  ☐ U  ☐ R   To (name): _____

☑ Mental Health -   ☐ E  ☑ R

☐ Special Needs -   ☐ E  ☐ U  ☐ R

☑ LIP -   ☐ E  ☐ U  ☑ R   To (name): |DR BRIDGES|

☑ Dental -   ☐ E  ☐ U  ☑ R

☐ Chronic Clinic Type: _____

**DISPOSITION: (CHECK ALL THAT APPLY)**

☐ Emergency Care   ☐ Suicide Precaution   ☐ Segregation   ☐ General Population   ☐ Med Observation   ☐ MH Observation

**SCREENER INFORMATION:**

| Signature: | Justice, Diane | Title: LPN | Date: 06/20/2013 | Time: 3:35:17 AM |

Proprietary Information - Not For Distribution - Copyrighted - Property of CCA

10/10/12

13-
                                                                                                         ___

CCA: | Metro |
                                    **(Facility)**

| WHITE, ERICK D |                          **Date:** | 06/20/2013 |
**Inmate/Resident Name:**
| 1488969 |
**Inmate/Resident Number:**

---

⊙ **TB Intake**          ○ **TB Annual**

## Symptom Screening

_(Annual screening to be completed only for those with positive PPD history)_

| Have you ever been tested for TB in the last 12 months? - (Applies only to | **intake** | screening) | ⊙ Yes ○ No |
| What was the result of your last TB test? - (Applies only to | **intake** | screening) | ○ Positive ⊙ Negative |
| Have you ever taken TB medication before? - (Applies to | **intake** and **annual** | screening) | ○ Yes ⊙ No |

| Medication | | When | | Where | |

*If therapy was not completed, refer to medical provider for history of inadequate treatment.

**Complete the Chart below:**

| Any current complaint of: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Productive, prolonged cough (lasting three weeks or more) | ○ Yes | ⊙ No | Chest pain | ○ Yes | ⊙ No |
| Coughing up blood | ○ Yes | ⊙ No | Night sweats | ○ Yes | ⊙ No |
| Unexplained fatigue | ○ Yes | ⊙ No | Fever, chills | ○ Yes | ⊙ No |
| Unexplained weight loss | ○ Yes | ⊙ No | HIV Positive | ○ Yes | ⊙ No |

*If an inmate/resident has positive or negative PPD history and presently has pulmonary TB symptoms accompanied by general systemic symptoms of fever, chills, and night swearts, place in respiratory isolation and call medical provider immediately.

*Inmates/residents known to have HIV infection should have a chest x-ray taken as part of the initial screening-regardless of their tuberculin skin-test status.

## Intake MRSA Screening

Do you have any open or draining sores?          ○ Yes  ⊙ No

Do you have any bites (i.e., spider, mosquito, etc.)?          ○ Yes  ⊙ N

Do you have any areas of skin infection?          ○ Ye  ⊙ No

If yes to any of the above, list where | |

*If an inmate/resident has any open draining sores, isolation in Medical Observation is indicated until the LIP clears the inmate/resident for general population

**Examiner's Name:** | Justice, Diane |          **Date:** | 06/20/2013 |
**Title:** | LPN |

---

# Mental Health - Initial or Follow-up Visit

13-6D

**Name:** WHITE, ERICK D          **Inmate/Resident #** 0179580 - MET          **DOB** 02/09/1979

**Facility:** METRO J          **Date/Time:** 07/09/2013          9:10:06 AM

## SUBJECTIVE          (Check all that apply)

Unmarked box = not present.          If additional writing space is needed to elaborate, use page 4 and reference numbers 1-4

**1) Reason for this visit:**          ⦿ Initial          ○ Follow up

**2) Referral source:**

○ Sick Call          ⦿ Intake          ○ Medical Staff          ○ Security          ○ Follow-up

**3) Chief complaint:**

☐ Depression          ☐ Anxiety          ☐ Psychosis          ☐ Irritability
☐ Fear          ☐ Anger          ☐ Sleeplessness          ☐ Decrease energy
☐ Thoughts of self-injury          ☐ Drug withdrawal          ☐ Change in appetite          ☐ Poor concentration
☑ Other (please describe)

Pt seen secondary to referral. He was at Metro in 2012 and did not receive MH treatment at that time. He has vague c/o depression that comes and goes. No job or school assignment at present. Waiting to go to RDAP. He endorses no deficits to daily functioning and is in no acute distress. See pg 4 for detailed hx

**4) Please describe current signs and symptoms and/or responses to treatment:**

stable on no meds

## OBJECTIVE          (Check all that apply)

Unmarked box = not present.          If additional writing space is needed to elaborate, use page 4 and reference numbers 5-12

**5) Please check all that apply:**

| | | | | | |
|---|---|---|---|---|---|
| **Appearance:** | ☑ Neat | ☐ Disheveled | ☐ Bizarre | ☐ Tense | ☐ Poised | ☑ Appropriate |
| **Behavior:** | ☑ Calm | ☐ Agitated | ☐ Paranoid | ☐ Restless | ☑ Cooperative | |
| **Mood:** | ☐ Depressed | ☐ Anxious | ☐ Labile | ☑ Euthymic | ☐ Frightened | |
| **Affect:** | ☐ Blunted | ☑ Within normal limits | | ☐ Flat | ☐ Constricted | |
| **Speech:** | ☐ Rapid | ☐ Pressured | ☐ Mumbled | ☐ Soft | ☑ Normal | |
| **Perception:** | ☐ Hallucinations | ☐ Illusions | ☑ No abnormalities | | | |
| **Thought process:** | ☑ Organized | ☐ Racing | ☐ Loose associations | | ☐ Flight of ideas | |
| **Thought content:** | ☐ Suicidal | ☐ Homicidal | ☐ Delusions | ☐ Paranoia | ☐ Phobias | |

**6) Oriented to person, place, and time:**          ⦿ Yes          ○ No          Specify: denies SI/HI

**7) Concentration intact:**          ⦿ Yes          ○ No          **Memory intact:**          ⦿ Yes          ○ No

**8) Abstract thinking intact:**          ⦿ Yes          ○ No          **Insight and judgement intact:**          ⦿ Yes          ○ No

**9) Reliable history and information:**          Record ⦿ Yes          ○ No          **From patient:**          ⦿ Yes          ○ No

**Name:** WHITE, ERICK D          **Inmate/Resident #** 0179580 - MET

**Signature:** Turner, Staci          ⦿ LIP          ○ QMHP          **Date:** 07/09/2013

Proprietary Information - Not For Distribution - Copyrighted          Property of Corrections Corporation of America

## OBJECTIVE (continued) (Check hat apply)

Unmarked box = not present.    If additional writing space is needed to elaborate, use page 4 and reference numbers 5-12

**10) For new patients check all that apply:**

- ☑ Prior mental health treatment
- ☐ History of psychiatric hospitalization
- ☐ Prior suicide attempt

- ☐ Recent suicidal/homicidal ideations
- ☐ Current treatment with psychotropics

**11) Comments regarding result of AIMS assessment (if receiving antipsychotics / neuroleptics / phenothiazines):**

**12) Current Medications:**    ☐ Reviewed    Compliant with current medication regimen and/or treatment?    ○ No    ○ Ye

**It is unacceptable to document    see MAR.    Medication name, Dosage and Frequency must be completed

| Medication | Dosage | Frequency |
|------------|--------|-----------|
| none |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Have medications or disages changed over the past 8 weeks?    ○ N    ○ Yes,    Specify [          ]

Medication Allergies?    ◉ N    ○ Yes,    List [          ]

## ASSESSMENT (Check all that apply)

Unmarked box = not present.    If additional writing space is needed to elaborate, use page 4 and reference number 13

**13) Diagnosis:**

| | |
|---|---|
| **AXIS I** | Cannabis Abuse 305.20, Cocaine Dependence 304.20 |
| **AXIS II** | Defered 799.9 |
| **AXIS III** | GERD, s/p abdominal hernia repair, s/p R knee surgery, s/p head trauma w/LOC |
| **AXIS IV** | incarceration |
| **AXIS V** | 70 current |

**Name:** WHITE, ERICK D    **Inmate/Resident #** 0179580 - MET

**Signature:** Turner, Staci    ◉ LIP    ○ QMHP    **Date:** 07/09/2013

Page 2 of 4

12/5/11

Proprietary Information - Not For Distribution - Copyrighted    Property of Corrections Corporation of America

**PLAN**    (action taken this visit)

**Unmarked box = not present.**    If additional writing space is needed to elaborate, use page 4 and reference numbers 14-17

**14) Plan:**    Include new meds prescribed and/or dosage changes

No clinical indication for MH meds at this time

** Female offenders must have a pregnancy test prior to intiation of psychotrophic medications

**15) Follow-up:**

no F/U scheduled
Pt may self refer PRN

**16) Education:**

| | | | |
|---|---|---|---|
| Counseled on Medication Effects & S/E | ⦿ Ye ○ No | Counseled on Medication Compliance | ⦿ Ye ○ No |
| Counseled on Signs of Toxicity | ⦿ Ye ○ No | Informed Consent for Medication | ⦿ Ye ○ No |

**17) Return visit:**    ○ 2 weeks  ○ 1 month   ○ 3 months   ⦿ other   PRN

(order must be written for next scheduled visit, to include laboratory testing, diet, medications, or other therapies)

| | | | |
|---|---|---|---|
| **Name:** | WHITE, ERICK D | **Inmate/Resident#** | 0179580 - MET |
| **Signature:** | Turner, Staci | ⦿ LIP  ○ QMHP  **Date:** | 07/09/2013 |

Page 3 of 4                                                          12/5/11

Proprietary Information - Not For Distribution - Copyrighted            Property of Corrections Corporation of America

## SUBJECTIVE    *(Continued using reference numbers 1-4)*

Here on parole violation. Caught some new charges and asked to be violated.
Orig charge: possession
He will go back to court soon
From Nashville area and has family here who are supportive
Engaged, fiancee lives in Dickson, has 6 children ages, 13, 13, 12, 5, 3, 1, one on the way
+GED, no special ed classes
no military service, no disability drawn
Work hx: temp services, detailing cars, painting. Last job held was March 2013
no MH hospitalizations
+ MH OP tx in Cleveland, TN and at Meharry
Past meds: Elavil- caused constipation, Risperdal (never took)
Denies SA or SIB

## OBJECTIVE    *(Continued using reference numbers 5-12)*

## ASSESSMENT    *(Continued using reference numbers 13)*

## PLAN    *(Continued using reference numbers 14-17)*

| | | | | |
|---|---|---|---|---|
| **Name:** | WHITE, ERICK D | | **Inmate/Resident #** | 0179580 - MET |
| **Signature:** | Turner, Staci | ⊙ LIP    ○ QMHP | **Date:** | 07/09/2013 |

Page 4 of 4                                                                                                    12/5/11

Proprietary Information - Not For Distribution - Copyrighted          Property of Corrections Corporation of America

## Comprehensive Mental Health Evaluation

13-61A

**Facility:**

**Inmate/Resident Name:** WHITE, ERICK D

**Date of Evaluation:** 06/20/2013

**Inmate/Resident No.:** 0179580 - MET

**Date of Birth:** 02/09/1979

**Type of Evaluation:**
- ⦿ Admission/Mental Health Intake
- ○ Segregation Review: ☐ 30 day ☐ 90 day
- ○ Other (specify)

**Note:** Complete Section 1 and 2 below for Admissions. Complete Section 2 for all other instances.

### SECTION 1: MENTAL HEALTH HISTORY

| | | | |
|---|---|---|---|
| ⦿ Yes | ○ No | History of Psychiatric hospitalization and/or outpatient psychiatric treatment | |
| | | Meharry 2012 diagnosed with Depression | |
| ⦿ Yes | ○ No | History of prescribed psychotropic medication. List: | Respirdol 2012 last dose |
| ⦿ Yes | ○ No | History of suicide attempts or suicidal ideation | SI no attempt |
| ⦿ Yes | ○ No | History of drug or alcohol abuse and/or dependence | Cocaine |
| ○ Yes | ⦿ No | History of drug or alcohol treatment | |
| ○ Yes | ⦿ No | History of placement in special education programs | |
| ○ Yes | ⦿ No | History of sex offense(s) | |
| ⦿ Yes | ○ No | History of victimization due to criminal violence | Struck by gunfire |
| ○ Yes | ⦿ No | History of expressively violent behavior (interpersonal violence with the goal of injuring another person) | |
| ○ Yes | ⦿ No | Abnormal emotional response to previous or current incarceration | |

### SECTION 2: MENTAL STATUS

| | | |
|---|---|---|
| ⦿ Yes | ○ No | Oriented x 4, (person, place, time, and circumstance) |
| ⦿ Yes | ○ No | Affect and mood within normal limits |
| ⦿ Yes | ○ No | Speech normal in tone and structure, goal directed |
| ○ Yes | ⦿ No | Endorses suicidal ideation (if present describe) |
| ○ Yes | ⦿ No | Self Harming plans and intentions are present (describe) |
| ○ Yes | ⦿ No | Endorses violent/homicidal ideation (describe) |
| ○ Yes | ⦿ No | Plans and intentions for violence are present (describe) |
| ⦿ Yes | ○ No | Endorses auditory, visual, or other hallucinations — Command Hallucinations |
| ○ Yes | ⦿ No | Expresses delusional thought content |
| ○ Yes | ⦿ No | Expressed thought content orderly and goal directed |
| ○ Yes | ⦿ No | Judgment and insight are impaired |
| ⦿ Yes | ○ No | Intellect is estimated to be average or above |
| ○ Yes | ⦿ No | Unusual number or type of stressors present (describe) |
| ○ Yes | ⦿ No | Currently prescribed Psychotropic Medication List: |
| ○ Yes | ⦿ No | Compliant with Medication |

**Impressions:** IM reports a history of Depression and admission for Psychiatric care, IM reports command hallucinations in the past. IM denies SI/HI at the time of this interview. IM will be referred to Psychiatry for Medication Evaluation.

**Actions taken:** MH services will continue to monitor IM for any mental status changes. Psychiatry will be informed of med hx.

**QMHP Signature:** Bransford Jr, Henry

**Date:** 06/20/2013

05/23/11

Proprietary Information - Not For Distribution - Copyrighted - Property of CCA

# DIZZINESS/LIGHTHEADED (Ex. Vertigo)

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WHITE, ERICK D | Agency #: | 0179580 - MET | DOB | 02/09/1979 |
| Facility: | mdodf | Date: | 10/18/2013 | Time: | 02:10:12 PM |

*ATTENTION: IF A PROFESSIONAL JUDGMENT IS REQUIRED BEYOND YOUR SCOPE OF PRACTICE SET FORTH BY THE NURSING PRACTICE ACT OF YOUR STATE OR YOU HAVE QUESTIONS ABOUT HOW TO PROCEED, YOU MUST CONSULT WITH A HIGHER DISCIPLINE.*

## SUBJECTIVE (Check all that apply)

*CALL 9-1-1 FOR ALTERED STATES OF CONSCIOUSNESS or IF PATIENT/INMATE IS UNRESPONSIVE, REFER IMMEDIATELY TO AN LIP PENDING ARRIVAL OF EMS. Document all findings for an emergency on the Emergency Flowsheet 13-34A1*
**NOTE: If patient presents with head trauma/injury utilize HEAD TRAUMA/INJURY Protocol and notify LIP immediately.*

1) Chief Complaint: (in patients own words)  i been dizzy and luight headed from not getting enough food , for the last when im on the street i can eat all the time i need mroe food here, you have to send my blood to the lab to test for diabetes my mom has it my grandma died from it

2) Onset of Symptoms: 2   ○ hour(s) ○ day(s) ○ week(s) ○ month(s) ● other: years   ○ New ○ Recurrent ○ Chronic

3) Are you allergic to anything (e.g. medications, bee stings)?   ○ No  ● Yes - describe  codiene

4) Do you have a history of:

☐ New or recent change in medication - when: none
☐ Loss of conscious - when: na
☐ Recent head injury - when: na
☐ Recent exposure to sun - when: na
☑ Dizziness - when: today  the last 8 minutes
☐ Recent fever/chills - duration na

☐ Hypertension
☐ Inner ear problems
☐ Sinus problems
☐ Seizures
☑ Lightheaded when standing from a sitting position
☐ Recent alcohol/drugs - what, when, amt.

☐ Heart problems
☐ Diabetes
☐ Changes in vision/vision impairment

5) Are you experiencing any of the following?

☐ numbness  ☐ weakness  ☐ headache  ☐ visual disturbances  ☐ nausea  ☐ vomiting  ☐ ringing in ears  ☐ pain in ears
☐ loss of hearing  ☐ room appears to be spinning  ☐ fever/chills

SUBJECTIVE FINDINGS (continued):  NA

### FINDINGS REQUIRING IMMEDIATE CONSULTATION WITH LICENSED INDEPENDENT PROVIDER (LIP):

☐ Any new onset dizziness; change in dizziness from mild to severe; recent history of vertigo
☐ Severe headache; overexposure to sun; nausea/vomiting; probable dehydration; disorientation;
☐ Any loss of consciousness (self-reported or witnessed); change in vision

☐ seizure activity
☐ recent change in medication
☐ bleeding; any ear symptoms

## OBJECTIVE (Check all that apply use space below for additional comments)

6) Vital Signs:  B/P: lying 107/72  standing 105/71  Pulse: 85  ● regular ○ irregular  Respirations: 16
Temp: 98.4  O2 Sat: 98  Blood Sugar: 116

7) Orientation:  ☑ person  ☑ place  ☑ time

8) Affect:  ☑ awake  ☑ alert  ☐ lethargic/drowsiness  ☐ confused  ☐ irritable/agitated  ☐ flat  ☐ other:

9) Skin:  ☐ pale  ☐ clammy  ☐ cyanotic  ☐ jaundiced  ☐ facial flushing  ☑ no abnormalities

10) Pupils:  ☑ equal  ☐ unequal  ☐ reactive  ☐ unreactive  ☐ pinpoint

11) Ears:  ☐ drainage  ☐ trauma  ☐ bleeding  ☑ no abnormalities

12) Coordination:  ☐ abnormal gait  ☐ muscle spasms  ☐ unable to move all extremities, list  NA

13) Is patient being followed in Chronic Care?  ● No ○ Yes - If yes, list

14) Has the patient been seen previously at sick call for this complaint?  ● No ○ Yes - list date(s)
(Note: if the patient has been seen two or more times for this same complaint, referral to an LIP is necessary)

15) Current Medications:  ☑ Reviewed with patient -  ● no issues ○ issues

OBJECTIVE FINDINGS (continued):

### FINDINGS REQUIRING IMMEDIATE CONSULTATION WITH LICENSED INDEPENDENT PROVIDER (LIP):

☐ Temp < 96F or > 101F  ☐ Resp. < 14 or > 24  ☐ Pulse < 50 or > 110  ☐ BP: sys < 90 or > 160 / dia > 100
☐ Any neurological deficits (unequal pupils, difficulty walking/abnormal gait, weakness, numbness, facial symmetry, disorientation); ear drainage; postural drop in blood pressure:

| | | | | |
|---|---|---|---|---|
| If LPN instructed to follow nursing intervention plan of care, consulted with: Name | AGUNGA | | Title | Rn |
| Medical Provider/RN Notified Date: | | Time | ○ AM ○ PM | |
| Emergency department notification time: | | Transport time: | | |
| Signature: Henrich, James | Title LPN | Date: 10/18/2013 | Time 02:10:12 PM | ○ AM ○ PM |

Case 3:13-cv-01437   Document 1   Filed 12/20/13   Page 28 of 32 PageID #: 67

DIZZINESS, LIGHTHEADED (Ex. Vertigo) - continued

**ASSESSMENT:**

EXPLAIN ASSESSMENT DECISION RELATED TO CLINICAL FINDINGS

VS wnl , pt demanding blood be sent to be tested for diabetes , demanding extra snacks, only c/o is dizziness on and off for "the last two years" when he cannot snack
states it has been going on probably longer than 2 years

Findings requiring immediate consultation with Licensed Independent Provider (LIP)

☐ Any new onset dizziness; change in dizziness from mild to severe; recent history of vertigo     ☐ seizure activity    ☐ recent change in medication

☐ Severe headache; overexposure to sun; nausea/vomiting; probable dehydration; disorientation;    ☐ bleeding; any ear symptoms

☐ Any loss of consciousness (self-reported or witnessed); change in vision

☐ Temp < 96F or > 101F    ☐ Resp. < 14 or > 24    ☐ Pulse < 50 or > 110    ☐ BP: sys < 90 or > 170 / dia > 100    ☐ postural drop in blood pressure

☐ Any neurological deficits (unequal pupils, difficulty walking/abnormal gait, weakness, numbness, facial symmetry, disorientation); ear drainage

Findings requiring urgent consultation with Licensed Independent Provider (LIP)

☐ Fever/chills with dizziness/lightheadedness

**PLAN:**

☑ Consulted with: Name BAKER     Title ANP

☐ Orders received - ⦿ No ◯ Yes. If yes, list   NO NEW ORDERS return to clinic pm

☑ Disposition -

    ◯ Emergent referral (immediately)    ◯ Urgent referral (within 24 hrs)

    ☐ Scheduled with Provider: Name       Title

    ☑ Return to clinic if symptoms worsen    ☐ None

☑ Patient Education -

    ☑ Instructed to sit when feeling dizzy to avoid injury, avoid rapid movement/change in position

    ☑ Medication use

    ☑ Follow-up sick call if no improvement within 4 days.

    ☑ Inmate verbalizes understanding of instructions.

☐ OTC Medication(s) [name, dose, route, frequency, duration] -

☐ Other: NA

PLAN (continued)

return to clinic pm

Signature: Henrich, James    Title: lpn    Date: 10/18/2013    Time: 02:10:12 PM   ◯ AM ◯ PM

Case 3:13-cv-01437 Document 1 Filed 12/20/13 Page 29 of 32 PageID #: 68

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

PATIENT: White, Erick

DATE: 10-21-13

NUMBER: 017 9580

INSTITUTION: CCAMh

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -300 | -0.75 | 090 | | |
| OS | -300 | -0.75 | 090 | | |

| | ADD | HEIGHT | DIST PD | NEAR PD | SEG STYLE |
|---|---|---|---|---|---|
| OD | | | 65 | | |
| OS | | | | | |

LENS COLOR/COATINGS

| FRAME | | STYLE | | FRAME COLOR | |
|---|---|---|---|---|---|
| EYE SIZE | BRIDGE | TEMPLE | HEAT | | CHEM |
| DATE REC'D | | DROP BALL | FINAL INSPECTION | | |

LENSES: _____

FRAME: _____

OVERSIZE: _____

TINT/PGX: _____

CHEM. TEMP. GLASS: _____

DIOPTERS: _____

_____

_____

S/H: _____

**TOTAL DUE ($):** _____

VISION SAFETY NOTICE:
· Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21 CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.
· If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

· The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.
· If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

# Sick Call Request (Co-Pay)

RECD MAY 25
MAY 20
#3

## Part A: (To be completed by patient inmate/resident)

Date: 5-22-   Work Assignment: Food-prep

Work Hours: not assigned yet   Housing Assignment: H-Unit

Reason for requesting Health Services Appointment (BE SPECIFIC): need glasses eye exam

How long have you had this problem? for a while

Inmate (Print Name): ERICK White   Inmate Number: 179580

Inmate/Resident Signature: E-W white   Date of Birth: 2-9-79

## Part B: (Medical Staff Only)

Services and Meds Provided:

Health Services Signature:   Date: 5/24/

---

## Charge Receipt

## Part C: (To be completed by patient inmate/resident)

Inmate Name (Print): Erick White

Inmate Number: 179580   Date: 5-22-2012

Work Assignment: Food-Prep

Work Hours: not assigned yet   Housing Assignment: HOTEL 216

I understand that I will be charged for each chargeable medical/psychiatric/dental service I receive and for each chargeable medication ordered. I also understand that if the Facility determines I am indigent or funds are unavailable at the time of service, a hold will be placed on my trust fund account and I will be charged when funds become available.

This request authorizes disbursement from my trust fund account.

Inmate/Resident Signature: E-W white   Date: 5-22-2012

## Part D: (To be completed by Medical Staff)

Charges:

The inmate/resident received chargeable medical services @ $ 3.00   $

The inmate/resident received chargeable psychiatric services @ $   $

The inmate/resident received chargeable dental services @ $   $

The inmate/resident received _____ medications @ $ _____ each   $

Health Services Initials:   $ 3

**White:** Medical Records   **Yellow:** Parts C & D – Business Office   **Pink:** Inmate/Resident

8/23/09

Proprietary Information – Not For Distribution – Copyrighted   Property of Corrections Corporation of America



UNITED STATES POSTAGE

$ 07.770
02.1R 0006561148 DEC 19 2013
MAILED FROM ZIPCODE 37201

7006 0100 0005 9944 8373



CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7006 0100 0005 9944 8373

Mr. Erick D. White #179580
448 2nd Ave North
Davidson County Sheriffs office
Nash, Tenn 37201

UNITED STATES District Court
Middle District of Tennessee

801 Broadway
Room 800
Nash, Tenn 37203