IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ERICK D. WHITE | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO: 3:13-1437 |
| | ) | |
| METRO DAVIDSON COUNTY | ) | |
| DETENTION FACILITY, et al. | ) | |

**O R D E R**

Presently pending before the Court is the plaintiff's motion for review and motion for extension of time (Docket Entry No. 46). Although styled as a motion for review, the plaintiff does not specifically seek review of any Order. Additionally, although styled as a motion for extension of time, the plaintiff does not specifically seek an extension of any deadline. In the motion, the plaintiff generally seeks additional time because he does not have access to legal materials and notes that he will be released on September 28, 2014.

By Order entered August 19, 2014 (Docket Entry No. 43), the Court set September 30, 2014, as the plaintiff's deadline for responding to the Defendants' motion for summary judgment. To the extent that his current motion is meant to request that this deadline be extended, the motion is GRANTED and the deadline for the plaintiff to file a response to the pending motion for summary judgment is extended to November 3, 2014.

The plaintiff is advised that, if he is released from incarceration, he must promptly file a notice of his change of address in order to keep the Court and the opposing parties informed of his current address.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must

be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

The Clerk is directed to send a copy of this Order to the plaintiff by regular, first class mail (only).

So ORDERED.

                                                JULIET GRIFFIN
                                                United States Magistrate Judge