# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

ERICK D. WHITE                          ]
     Plaintiff,                    ]
                                   ]
v.                                      ]      No. 3:13-1437
                                   ]      Judge Trauger
CORRECTIONS CORPORATION OF              ]
AMERICA, et al.                         ]
     Defendants.                   ]

## O R D E R

The Court has before it defendants' Motion for Summary Judgment (Docket Entry No. 32), a Report and Recommendation (Docket Entry No. 69) from the Magistrate Judge, and plaintiff's timely objections (Docket Entry No. 74) to the Report and Recommendation.

In accordance with the Memorandum contemporaneously entered, the Court has reviewed these pleadings and the record *de novo* and finds that the plaintiff's objections lack merit. Therefore, the plaintiff's objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED in all respects. Defendants' Motion for Summary Judgment is GRANTED and this action is hereby DISMISSED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge