UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ERICK D. WHITE | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 3:13-1437 |
| | ) | JUDGE TRAUGER |
| | ) | |
| | ) | |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/26/15.

KEITH THROCKMORTON, CLERK
s/Althea F. Straughter, Deputy Clerk